# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| A. SCOTT ENTERPRISES, INC., | : Nos. 953 & 954 MAL 2014 |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| CITY OF ALLENTOWN, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2015, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** issues b. and d., as set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, rephrased for clarity, is:

       Does a jury finding of bad faith require the trial court to impose a statutory penalty and award attorney fees under 62 Pa.C.S. § 3935?